UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

SANTOS ARROYO,

                      Plaintiff,

                                                                                    No. 9:08-CV-61
             vs.                                                              (J. Scullin)

DR. GEORGE STURTZ,

                      Defendant.

_____

APPEARANCES:

                                                                OF COUNSEL

SANTOS ARROYO,
*Plaintiff Pro Se*
2949 8TH Avenue, Apt. 12K
New York, New York   10039


OFFICE OF THE ATTORNEY GENERAL    ROGER W. KINSEY, ESQ.
State of New York                                     Assistant Attorney General
Attorney for Respondent
The Capitol
Albany, NY   12224

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

      Currently before the Court is Magistrate Judge Gustave J. DiBianco's Report-Recommendation filed August 31, 2009 to which the parties have filed no objections. Accordingly, the Court having reviewed that Report and Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed August 31, 2009 is **ACCEPTED** in its entirety, for the reasons stated therein, and the Court further

**ORDERS** that defendant's motion for summary judgment is **GRANTED**, and the Court further

**ORDERS** that the complaint is **DISMISSED IN ITS ENTIRETY**, and the Court further

**ORDERS** that the Clerk of the Court is to enter judgment in favor of the defendant and close this case.

**IT IS SO ORDERED.**

Dated:   September 29, 2009
           Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge